## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                   PLAINTIFF

v.                                     No. 4:22-cr-200-DPM

LAERIC LEE WEST                                            DEFENDANT

### ORDER

1.     After conferring with counsel, LaEric Lee West consented to a plea hearing before Magistrate Judge Beth Deere.  On *de novo* review, the Court adopts her recommendation, *Doc. 29.*  No objections were filed and the time to do so has passed.

2.     On 4 April 2022 in the Eastern District of Arkansas,  West, who was in federal custody for being a felon in possession of a firearm, knowingly and willfully escaped from the City of Faith Residential Reentry Center, as charged in count one of the Indictment.  He made a knowing and voluntary choice to plead guilty.   The   Court   accepts West's guilty plea and convicts him of the offense.

3.     A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
11 May 2023